# UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No. 96-40474
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CAROLYN REAUX,

Defendant-Appellant.

Appeal from the United States District Court
For the Eastern District of Texas
(1:95-CR-152-2)

December 23, 1996

Before POLITZ, Chief Judge, GARWOOD and WIENER, Circuit Judges.

PER CURIAM:[*]

In this direct criminal appeal, court-appointed counsel for Carolyn Reaux has

filed a brief as required by **Anders v. California**[1] and moves the court to be relieved

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

[1] 386 U.S. 738 (1967).

of further responsibilities herein.  Reaux has been provided with a copy of the brief and motion.  Having reviewed the brief and record and finding no nonfrivolous issue, we excuse counsel from any further responsibilities herein and DISMISS the appeal.